# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CAITLIN QUIGLEY, | : No. 92 EAL 2020 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Did Commonwealth Court violate the Unemployment Compensation Law and this Court's decision in *Peak v. Unemployment Comp. Bd. of Review*, 501 A.2d 1383 (Pa. 1985) by misapplying *Lyness v. State Bd. of Med.*, 605 A.2d 1204 (Pa. 1992) to improperly limit the scope of the Board's review solely to the issues raised by the appellant?